## O'Brien, Edward M.

| | |
|---|---|
| **From:** | J. David Agnew <dagnew@lnwlegal.com> |
| **Sent:** | Monday, October 9, 2023 3:56 PM |
| **To:** | O'Brien, Edward M.; Matthew A. Senko |
| **Cc:** | Mary Hunter; Quintana, Nancy E. |
| **Subject:** | RE: Rebecca Eures v. Havenpark Communities, et al |

**EXTERNAL EMAIL** This email originated from outside the organization.

Will do.

Also, so you don't have to negotiate against yourself, we will reduce our demand to $225,000, in response to your $30,000 offer.



J. David Agnew
Attorney at Law
506 State Street, P.O. Box 1343
New Albany, Indiana 47151-1343
Office: (812) 949-1000
Direct: (812) 590-1420
Cell: (502) 526-2604
FAX: (812) 949-3773
e-mail:  dagnew@lnwlegal.com

www.LNWLegal.com

TO PAY AN EXISTING BILL, CLICK HERE:
https://secure.lawpay.com/pages/lnwlegal/operating

TO PAY A RETAINER, CLICK HERE:
https://secure.lawpay.com/pages/lnwlegal/trust

*******************************************************************************************
CONFIDENTIALITY NOTICE

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you received this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.

**From:** O'Brien, Edward M. <Edward.O'Brien@wilsonelser.com>
**Sent:** Monday, October 9, 2023 12:43 PM
**To:** J. David Agnew <dagnew@lnwlegal.com>; Matthew A. Senko <MSenko@burtblee.com>
**Cc:** Mary Hunter <mhunter@lnwlegal.com>; Quintana, Nancy E. <Nancy.Quintana@wilsonelser.com>
**Subject:** RE: Rebecca Eures v. Havenpark Communities, et al