# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| REBECCA EURES, | ) |
| THERESA FRITZ, | ) |
| DAVID BOWLING, | ) |
| RICK ALTMEYER, | ) |
| WILLIAM NORRIS, | ) |
| VICKIE BOHNE, | ) |
| REBECCA CLARK, | ) |
| HARRY J. DECKER, | ) |
| JUNE B. DECKER, | ) |
| LINDA L. CORBETT, | ) |
| MICHAEL ROSS, | ) |
| AVA ROSS, | ) |
| LINDA JACKSON, | ) |
| RHONDA HALLER, | ) |
| BETTY NOLOT, | ) |
| JENNIFER REILLY, | ) |
| KIMBERLY OBREMSKI, | ) |
| JEFF SEEWER, | ) |
| PATTY JO JAYNES c/o Janice Walthall, POA, | ) |
| JANICE WALTHALL, | ) |
| DENNIS COROLLA, | ) |
| GEORGE ROSS, | ) |
| CAROLYN ROSS, | ) |
| FRANK INMAN, | ) |
| PHILLIP SMITHPETER, | ) |
| CHARLES J. FRITZ, JR., | ) |
| ROBERT MADDEN, | ) |
| MARCIA MADDEN, | ) |
| BETTY HARPER, | ) |
| DEEDRA ANKROM, | ) |
| DON STITES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:23-cv-00184-TWP-KMB |
| | ) |
| HAVENPARK MANAGEMENT, LLC, | ) |
| THE PINES OF NEW ALBANY, LLC, | ) |
| EMC PROPERTY & CASUALTY COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

|                                                      |   |
|------------------------------------------------------|---|
| THE PINES OF NEW ALBANY, LLC, <br> HAVENPARK MANAGEMENT, LLC, | ) <br> ) <br> ) <br> ) |
| Counter Claimants, | ) <br> ) |
| v. | ) <br> ) |
| REBECCA EURES, | ) <br> ) |
| Counter Defendant. | ) |

## **FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

All claims now having been resolved in this action, the Court now enters **FINAL JUDGMENT**.

Defendants Havenpark Management, LLC, The Pines of New Albany, LLC, and EMC Property & Casualty Company counter claims are **dismissed.**

Claims of the Second Amended Complaint between Plaintiff Jennifer Reilly and Defendants Havenpark Management, LLC, The Pines of New Albany, LLC, and EMC Property & Casualty Company are **dismissed with prejudice** pursuant to the Stipulation of Dismissal (Filing No. 110).

Claims against Plaintiffs Rebecca Eures, Theresa Fritz, Charles Fritz, Jr., William Norris, Vickie Bohne, David Bowling, Rick Altmeyer, Rebecca Clark, Harry J. Decker, June B. Decker, Linda L. Corbett, Michael Ross, Ava Ross, Linda Jackson, Rhonda Haller, Betty Nolot, Kimberly Obremski, Jeff Seewer, Patty Jo Jaynes, Janice Walthall, Dennis Corolla, George Ross, Carolyn Ross, Frank Inman, Phillip Smithpeter, Robert Madden, Marcia Madden, Betty Harper, Deedra Ankrom, and Don Sites, are **dismissed with prejudice**.

**Final Judgment** is entered in favor of Defendants Havenpark Management, LLC, The Pines of New Albany, LLC, and EMC Property & Casualty Company.

This action is terminated and this case is closed.

**SO ORDERED.**

Date: 4/4/2025

_Hon. Tanya Walton Pratt, Chief Judge_
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

J. David Agnew
LORCH NAVILLE WARD LLC
dagnew@lnwlegal.com

Aj Bokeno
Wilson Elser
aj.bokeno@wilsonelser.com

John H. Dwyer, Jr.
john.dwyerjr@wilsonelser.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

Meghan Eileen Ruesch
LEWIS WAGNER, LLP
mruesch@lewiswagner.com

Katherine Elizabeth Tapp
The Poppe Law
katherine@poppelawfirm.com

Christopher Chase Wilson
Lewis Wagner, LLP
cwilson@lewiswagner.com