IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| REBECCA EURES, et al. | ) |
|       Plaintiffs | ) |
| vs. | ) CASE NO. 4:23-CV-00184-TWP-KMB |
| HAVENPARK MANAGEMENT, LLC, et al. | ) |
|       Defendants | ) |

**MOTION TO AMEND JUDGMENT AND/OR
TO REMAND CASE TO STATE COURT**

Come now the Plaintiffs, by counsel, and move this Court to either amend or vacate its Final Judgment Pursuant to Fed. R. Civ. P. 58 ("Judgment") [Dkt. 112] pursuant to Fed. Rule of Civ. Proc. 59(e) and that that any remaining claims be remanded pursuant to 28 USC 1447(c) to the state court in which it originated because this Court lacks subject matter jurisdiction. Specifically, Plaintiffs request either:

(a) the Judgment be amended to be a dismissal without prejudice as to Counts I (Breach of Lease) and III (Negligence) – with Count II (for alleged violations of IC 32-31-8-5) and Count IV (for alleged Fraud) remaining a dismissal with prejudice; or

(b) the Judgment be vacated for lack of subject matter jurisdiction and the case be remanded to state court for adjudication of any remaining claims.[1]

In support for this Motion, Plaintiff relies upon its Brief in Support of Motion to Amend Judgment and/or Remand Case to State Court, filed herewith, along with the exhibits thereto.

---

[1] In the event the case is remanded to state Court, Plaintiffs will move for voluntary dismissal Counts II and IV, having been persuaded these claims fail as a matter of law.

WHEREFORE, Plaintiffs, Rebecca Eures, et al., requests the Final Judgment [Filing No. 112] be amended and any remaining claims be remanded back to the Circuit Court for Floyd County, Indiana, where it was originally filed.

> Respectfully submitted,
>
> /s/ J. David Agnew
> J. David Agnew
> Attorney No. 21531-49
> LORCH NAVILLE WARD LLC
> 506 State Street – P.O. Box 1343
> New Albany, IN 47151-1343
> Telephone: 812.949.1000
> Email: dagnew@lnwlegal.com
> *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of April 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

| | |
|---|---|
| Edward M. O'Brien<br>Andrew Bokeno<br>Wilson Elser Moskowitz Edelman and Dicker<br>100 Mallard Creek Road, Suite 250<br>Louisville, KY 40207<br>Edward.obrien@wilsonelser.com<br>Aj.bokeno@wilsonelser.com<br>*Counsel for Defendants Havenpark Management, LLC and The Pines of New Albany, LLC* | Meghan E. Ruesch<br>C. Chase Wilson<br>Lewis Wagner LLP<br>1411 Roosevelt Avenue, Suite 102<br>Indianapolis, IN 45201<br>Mruesch@lewiswagner.com<br>Cwilson@lewiswagner.com<br>*Counsel for Defendant EMC Property and Casualty Company* |

/s/J. David Agnew
J. David Agnew